[No. 29118-9-III.   Division Three.   January 30, 2014.]

*In the Matter of the Personal Restraint of* ALEJANDRO
ANTONIO GUZMAN, *Petitioner.*

Petition for relief from personal restraint. *Dismissed* by
unpublished opinion per Siddoway, J., concurred in by
Korsmo, C.J., and Kulik, J.

[No. 31055-8-III.   Division Three.   January 30, 2014.]

MARY RUSHING, *as Administrator and Individually,*
*Respondent,* v. FRANKLIN HILLS HEALTH &
REHABILITATION CENTER, *Appellant.*

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 11-2-04875-1, Jerome J. Leveque, J.,
entered August 2, 2012. *Reversed* and *remanded with in-
structions* by unpublished opinion per Kulik, J., concurred
in by Brown and Fearing, JJ.

[No. 31167-8-III.   Division Three.   January 30, 2014.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN HENRY
MARKWELL, *Appellant.*

Appeal from a judgment of the Superior Court for Gar-
field County, No. 11-1-00015-3, William D. Acey, J., entered
September 13, 2012. *Affirmed* by unpublished opinion per
Kulik, J., concurred in by Korsmo, C.J., and Siddoway, J.

[No. 31178-3-III.   Division Three.   January 30, 2014.]

ALLEN MARTIN, *Appellant,* v. RIVERSIDE SCHOOL DISTRICT
No. 416, *Respondent.*

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 12-2-01955-4, Ellen K. Clark, J., entered
September 6, 2012. *Affirmed* by unpublished opinion per
Kulik, J., concurred in by Brown and Fearing, JJ. Now
published at 180 Wn. App. 28.